UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LISA L.,[1]

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 2:21-cv-5034
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Karen Litkovitz

## OPINION AND ORDER

On December 12, 2022, the Magistrate Judge assigned to this case issued a Report and Recommendation affirming the decision of the Commissioner of Social Security, denying disability benefits to the plaintiff, Lisa L. (Doc. 12). Thereafter, the plaintiff filed a timely Objection. (Doc. 13). The matter is now before this court for adjudication.

The undersigned has carefully considered the issues raised in the objection, all of which were addressed by the Report and Recommendation issued by the Magistrate Judge. The Court has also reviewed the thorough and thoughtful opinion of the Magistrate Judge. The Court finds that the Report and Recommendation is in accordance with the law and is supported by substantial evidence. Specifically, the Magistrate Judge found that the decision of the Administrative Law Judge, who also recommended a denial of benefits, applied the correct legal standard and that the decision was supported by substantial evidence.

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.

Accordingly, the Court **OVERRULES** Plaintiff's Objection (Doc. 13), **AFFIRMS** and **ADOPTS** the Report and Recommendation (Doc. 12) denying benefits to the plaintiff. The Clerk is **DIRECTED** to **ENTER FINAL JUDGMENT** in favor of the Commissioner of Social Security.

    **IT IS SO ORDERED**.

| | |
|---|---|
| **March 28, 2023** | **/s/ Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |